**OTSUKA PHARMACEUTICAL CO., LTD., Plaintiff–Appellant**

v.

**ZYDUS PHARMACEUTICALS USA, INC., Cadila Healthcare, Limited, Mylan Inc., Mylan Pharmaceuticals Inc., Torrent Pharmaceuticals Limited, Torrent Pharma Inc., Hetero Labs Limited, Ajanta Pharma Limited, Ajanta Pharma USA Inc., Aurobindo Pharma Ltd., Intas Pharmaceuticals Limited, Accord Healthcare, Inc., Aurobindo Pharma USA Inc., Aurolife Pharma LLC, Lupin Limited, Lupin Atlantis Holdings S.A., Lupin Pharmaceuticals, Inc., Alembic Pharmaceuticals Limited, Amneal Pharmaceuticals, LLC, Amneal Pharmaceuticals India Pvt. Ltd., Defendants–Appellees**

2016–1962, 2016–1963, 2016–1964, 2016–1966, 2016–1968, 2016–1970, 2016–1971, 2016–1972, 2016–1973, 2016–1974, 2016–1975, 2016–1978

United States Court of Appeals, Federal Circuit.

July 20, 2017

---

PAUL WILLIAM BROWNING, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JAMES B. MONROE, CHARLES THOMAS COLLINS-CHASE, ERIC JAY FUES, ANDREA DENISE MAIN; JEFFREY ANDREW FREEMAN, Atlanta, GA.

LAWRENCE M. SUNG, Wiley Rein, LLP, Washington, DC, argued for all defendants-appellees. Defendant–appellees Torrent Pharmaceuticals Limited, Torrent Pharma Inc. also represented by ADITYA NEAL SETH, RACHEL KAPUST HUNNICUTT.

CHAD A. LANDMON, Axinn Veltrop Harkrider, LLP, Hartford, CT, for defendants-appellees Zydus Pharmaceuticals USA, Inc., Cadila Heathcare, Limited. Also represented by DELPHINE W. KNIGHT BROWN, New York, NY.

DEEPRO MUKERJEE, Alston & Bird LLP, New York, NY, for defendants-appellees Mylan Inc., Mylan Pharmaceuticals Inc. Also represented by LANCE SODERSTROM; TRAVIS JAMES IAMS, Charlotte, NC.

MARGARET E. IVES, Choate, Hall & Stewart LLP, Boston, MA, for defendant-appellee Hetero Labs Limited. Also represented by PHOEBE FISCHER-GROBAN.

SAILESH K. PATEL, Schiff Hardin LLP, Chicago, IL, for defendant-appellees Ajanta Pharma Limited, Ajanta Pharma USA Inc. Also represented by HELEN H. JI.

BRIAN WM. HIGGINS, Blank Rome LLP, Washington, DC, for defendants-appellees Aurobindo Pharma Ltd., Aurobindo Pharma USA Inc., Aurolife Pharma LLC. Also represented by GERARD HADDAD, CHRISTOPHER K. HU, New York, NY.

PAUL BRAIER, Greenblum & Bernstein, P.L.C., Reston, VA, for defendants-appellees Intas Pharmaceuticals Limited, Accord Healthcare, Inc. Also represented by PÉTER BRANKO PEJIC.

DOUGLASS C. HOCHSTETLER, Kelley Drye & Warren, LLP, Chicago, IL, for defendants-appellees Lupin Limited, Lupin Atlantis Holdings S.A., Lupin Pharmaceuticals, Inc. Also represented by CLIFFORD KATZ, New York, NY.

DENNIES VARUGHESE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, for defendant-appellee Alembic Pharmaceuticals Limited. Also represented by CHANDRIKA VIRA, JON WRIGHT.

RONALD MARC DAIGNAULT, Polsinelli PC, New York, NY, for defendants-appellees Amneal Pharmaceuticals, LLC, Amneal Pharmaceuticals India Pvt. Ltd. Also represented by KAREN ZELLE MORRIS, St. Louis, MO.

Prost, Chief Judge, Chen and Hughes, Circuit Judges.

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**